UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PHILIPPE BUHANNIC,

          Plaintiff,

-against-

SHIBOLETH LLC,

          Defendant.
-----------------------------------------------------------X

18 CIVIL 5846 (PGG)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated September 23, and November 8, 2019, Defendant's motion to dismiss is granted; the September 23 order directed Plaintiff to file any Second Amended Complaint by October 30, 2019; Plaintiff has not filed any Second Amended Complaint; accordingly, the case is closed. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this Courts Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**Dated:** New York, New York
         November 13, 2019

                                          RUBY J. KRAJICK
                                             Clerk of Court
                          BY:

                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 11/13/2019